No. 83–801. PICKANDS MATHER & CO., AS MANAGING AGENT FOR ERIE MINING CO. *v.* COMMISSIONER OF REVENUE OF MINNE-

1070

SOTA ET AL. Sup. Ct. Minn. Certiorari denied. 